AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>COREY HANSFORD | )<br>)<br>)  Case No: 2:01cr0249-01 |
| | )  USM No: 23940-050 |
| Date of Previous Judgment: **12/31/02** | )  Michael Pedicini, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | )  Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   100   months **is reduced to**   84 months   .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | | |
|---|---|---|---|---|---|
| Previous Offense Level: | 27 | | Amended Offense Level: | 25 | |
| Criminal History Category: | IV | | Criminal History Category: | IV | |
| Previous Guideline Range: | 100 to 125 months | | Amended Guideline Range: | 84 to 105 months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   12/23/2002   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   05/13/2008

_____
Judge's signature

Effective Date: _____
(if different from order date)

Dennis M. Cavanaugh, U.S.D.J.
Printed name and title