PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Corey Lester Hansford                                          Cr.: 01-00249-002
                                                                                 PACTS Number: 29336

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh, USDJ

Date of Original Sentence: 11/18/02

Date of Re-sentence: 05/31/08

Original Sentence: 100 months imprisonment, 4 years supervised release

New Sentence: 84 months imprisonment, 4 years supervised release - pursuant to 18 U.S.C. § 3582(c)(2) reduction

Original Offense: Conspiracy to Possess With Intent to Distribute More Than 5 Grams of Cocaine Base

Type of Supervision: Supervised Release                       Date Supervision Commenced: 05/22/08

## PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation (to include anger management/domestic violence) and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

## CAUSE

On June 16, 2008, Hansford was arrested for assault and terroristic threats against his estranged wife. Hansford has four prior arrests of a similar nature.

Hansford reported experiencing anxiety and panic attacks.

Respectfully submitted,

*[signature]*

By: Denise Morales
    U.S. Probation Officer
Date: 07/29/08

PROB 12B - Page 2

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

8/15/08
Date

Dennis M. Cavanaugh
U.S. District Judge

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment (to include anger management/domestic violence) as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

Witness: _____
U.S. Probation Officer
Denise Morales

Signed: _____
Probationer or Supervised Releasee
Corey Hansford

_____
DATE