PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## AMENDED Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Corey Lester Hansford         Docket Number: 01-00249-002
                                                PACTS Number: 29336

Name of Sentencing Judicial Officer: HONORABLE Dennis M. Cavanaugh, USDJ

Date of Original Sentence: 11/18/02

Date of Re-Sentence: 05/31/08

Original Offense: Conspiracy to Possess With Intent to Distribute More Than 5 Grams of Cocaine Base

Original Sentence: 100 months imprisonment; 4 year supervised release.

New Sentence: 84 months imprisonment; 4 years supervised release (pursuant to 18 U.S.C. § 3582(c)(2) reduction)

Type of Supervision: Supervised Release         Date Supervision Commenced: 05/22/08

Assistant U.S. Attorney: Randall Cook, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

Defense Attorney: Michael Pedicini, 60 Washington Street, Morristown, New Jersey 07960, (973) 285-1555

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.'

                    On June 16, 2008, Hansford was arrested in Paterson, New Jersey, for assaulting and threatening the life of his estranged wife, Alisa Edmonds. On October 30, 2008, the terroristic threats (a third degree felony) charge was "no billed" at the Passaic County Superior Court. The simple assault (a disorderly persons offense) charge was transferred back to the Paterson Municipal Court. Hansford is scheduled to appear in court on February 19, 2009.

PROB 12C - Page 2
Corey Lester Hansford

2          The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On November 7, 2008, a criminal summons was issued by the Passaic New Jersey Police Department based on information that Hansford threatened to kill his estranged wife, Alisa Edmonds. Hansford is charged with harassment, a petty disorderly persons offense. He is scheduled to appear at the Passaic Municipal Court on December 3, 2008.

3          The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

The laboratory confirmed that a urinalysis collected on November 6, 2008, was positive for cocaine.

I declare under penalty of perjury that the foregoing is true and correct.

By: Denise Morales
U.S. Probation Officer
Date: 11/20/08

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/24/08
Date