PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Corey Lester Hansford      **Docket Number:** 01-00249-002
    **PACTS Number:** 29336

**Name of Sentencing Judicial Officer:** HONORABLE Dennis M. Cavanaugh, USDJ

**Date of Original Sentence:** 11/18/02

**Date of Re-Sentence:** 05/13/08

**Original Offense:** Conspiracy to Possess With Intent to Distribute More Than 5 Grams of Cocaine Base

**Original Sentence:** 100 months imprisonment; 4 year supervised release.

**New Sentence:** 84 months imprisonment; 4 years supervised release (pursuant to 18 U.S.C. § 3582(c)(2) reduction)

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 05/22/08

**Assistant U.S. Attorney:** Randall Cook, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Lisa Mack, Esq., Federal Public Defender, 972 Broad Street, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1      The offender has violated the supervision condition which states "**The defendant shall reside for a period of 6 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.**'

     On December 30, 2008, Hansford was admitted to Kintock House in Philadelphia, Pennsylvania, to begin his community confinement sentence (as ordered by Your Honor at a violation hearing on November 24, 2008). On February 2, 2008, Hansford was unsatisfactorily discharged from the facility for failing to surrender a cellular telephone as directed.

PROB 12C - Page 2
Corey Lester Hansford

2    The offender has violated the supervision condition which states 'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'

On December 11, 2008, Hansford was at the home of his cousin, Robert Walton, who was arrested that day for numerous narcotics offenses. A review of Walton's criminal record revealed he is a convicted felon. He has numerous arrests and convictions, mostly for narcotics offenses, dating back to 1994.

On February 17, 2009, Hansford made a statement to Paterson Police, Officer Pearl, and Odeiry Rosario, from the Division of Youth and Family Services (DYFS), that he is a member of the Crips gang.

I declare under penalty of perjury that the foregoing is true and correct.

By: Denise Morales
U.S. Probation Officer
Date: 2/20/09

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

2/20/09
Date

Dennis M. Cavanaugh
U.S. District Judge