# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Dennis M. Cavanaugh |
| : | |
| v. : | Cr. No. 01-00249-002 (DMC) |
| : | |
| : | **ORDER FOR RELEASE OF DYFS** |
| : | **AUDIO RECORDING AND** |
| COREY LESTER HANSFORD : | **PROTECTIVE ORDER** |

This matter having come before the Court on the application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Randall H. Cook, Assistant U.S. Attorney), with notice to Michael Pedicini, Esq. (Counsel for defendant Corey Hansford) and Ricardo Solano, Jr., First Assistant Attorney General of New Jersey (through Erin O'Leary, Deputy Attorney General), and the Court having found that access to certain information within the records of the New Jersey Division of Youth and Family Services ("DYFS") may be necessary for determination of issues before the Court; and good cause having been shown;

IT IS ON THIS 10 day of March, 2009,

ORDERED that a copy of the audio recording of a DYFS screening call dated on or about February 17, 2009 concerning X.E. and A.E. shall be submitted to the Court on or before March 12, 2009 for it's *in camera* review and determination regarding release to counsel; and it is further

ORDERED that should the Court determine release of said audio recording is proper, information contained therein shall be used only in the pending federal probation violation matter and shall not be used in any other matter in the absence of further Order of the Court, upon proper notice to the Office of the Attorney General and to DYFS; and it is further

ORDERED that information contained in or derived from said audio recording shall not be disclosed to any other person for any other reason nor disseminated or made public by any means, direct or indirect; and it is further

ORDERED that the use of information contained or derived from said records for any purpose other than as set forth above, shall be a violation of this Order and subject to the contempt powers of the Court.

_____
HON. DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE