——PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Corey Lester Hansford

**Docket Number:** 01-00249-002
**PACTS Number:** 29336

**Name of Sentencing Judicial Officer:** HONORABLE DENNIS M. CAVANAUGH, USDJ

**Date of Original Sentence:** 11/24/08

**Date of Re-Sentence:** 05/31/08

**Original Offense:** Conspiracy to Possess With Intent to Distribute More Than 5 Grams of Cocaine Base

**Original Sentence:** 100 months imprisonment; 4years supervised release.

**New Sentence:** 84 months imprisonment; 4 years supervised release (pursuant to reduction under 18 U.S.C. § 3582(c)(2))

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 05/22/08

**Assistant U.S. Attorney:** Randall Cook, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Michael Pedicini, Esq., 60 Washington Street, Morristown, New Jersey, (973)285-1555

## PETITIONING THE COURT

[X]  To issue a warrant
[  ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.** ' |
| | On April 28, 2010, Hansford was arrested in Garfield, New Jersey, and charged with simple assault, criminal mischief, and obstruction of the administration of law. According to information obtained from Promis/Gavel, Hansford pulled his wife, Alisa Edmond's, hair during a verbal altercation. Hansford remains incarcerated at the Bergen County Jail, Hackensack, New Jersey. He is scheduled to appear at the municipal court on May 12, 2010. |

PROB 12C - Page 2
Corey Lester Hansford

2          The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

Since March 21, 2009, Hansford has been supervised in the Eastern District of Pennsylvania. The supervising U.S. Probation Officer advised Hansford was not authorized to leave the district when he sustained the aforementioned arrest.

3          The offender has violated the supervision condition which states ' **You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.** '

Hansford has been unemployed since October 2009.

4          The offender has violated the supervision condition which states**The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office.  The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.**'

In September 2009, due to Hansford's failure to participate in treatment as directed, he was unsuccessfully discharged from mental health treatment at the Warrent E. Smith Health Center, Philadelphia, PA.

I declare under penalty of perjury that the foregoing is true and correct.

By:  Denise Morales
U.S. Probation Officer
Date:  4/30/10

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[  ] The Issuance of a Summons.  Date of Hearing: _____.
[  ] No Action
[  ] Other

Signature of Judicial Officer

5 MAY 2010

Date