UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 04-249-02(DMC) |
| PLAINTIFF, | : | |
| vs. | : | |
| COREY HANSFORD, | : | ORDER<br>MODIFYING CONDITIONS<br>OF SUPERVISED RELEASE |
| DEFENDANT. | : | |

**THIS MATTER** having been opened to the Court by the defendant, Corey Hansford, through his attorney, Michael N. Pedicini, Esq., in the presence of and with the consent of the United States of America, (Randall H. Cook, Esq., Assistant United States Attorney appearing) and the United States Probation Office (Denise Morales, U.S.P.O., appearing) for an Order vacating the requirement of house arrest as a condition of supervised release and the Court having considered the matter and for good and sufficient cause shown;

IT IS ON THIS  20  DAY OF JUNE, 2011.

**ORDERED** that the condition of supervised release requiring house arrest be and the same is hereby vacated; and it is further

ORDERED that all other standard conditions of supervised release be and the same shall remain in full force and effect until further order of this court.

_____
HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of the within Order

_____
Randall H. Cook, Esq.
Assistant U.S. Attorney


_____
Michael N. Pedicini, Esq.
Attorney for Defendant
Corey Hansford